# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**KIMBERLY SMITH**,

    **Plaintiff**,

v.                                                    **Case No. 5:20cv332-TKW-MJF**

**APPLIED RESEARCH
ASSOCIATES, INC.**

    **Defendant**.

_____/

## ORDER

Based on the joint stipulation of dismissal with prejudice (Doc. 8), it is

**ORDERED** that this case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

and the Clerk shall close the file.

**DONE and ORDERED** this 22nd day of January, 2021.

*T. Kent Wetherell, II*
_____

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**